UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHEN BAKER,<br><br>                       Plaintiff,<br><br>     v.<br><br>LABORER'S LOCAL 440, et al.,<br><br>                       Defendants. | CASE NO. 2:18-cv-34-MJP<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Marsha J. Pechman.

DATED this 12th day of January, 2018.

                                                                                                                                                /s/ Brian A. Tsuchida
BRIAN A. TSUCHIDA
United States Magistrate Judge