# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| NATHEN BAKER, | CASE NO. C18-34 MJP |
|---|---|
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| LABORER'S LOCAL 440, et al., | |
| Defendants. | |

On January 16, 2018, this Court entered an Order to Show Cause directing the Plaintiff to file an amended complaint clarifying the dates on which the event which form the basis of his complaint occurred. The order clearly stated that failure to file an amended complaint by January 30, 2018 would result in dismissal of his complaint. No amended complaint having been filed,

IT IS ORDERED that Plaintiff's complaint is DISMISSED without prejudice.

1 | The clerk is ordered to provide a copy of this order to Plaintiff.

2 | Dated: March 19, 2018.

Marsha J. Pechman
United States District Judge